Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
10605 Balboa Blvd., Suite 265
Granada Hills, CA 91344
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

for the CENTRAL DISTRICT of CALIFORNIA

TOP RANK INC. a Nevada Corporation

    Plaintiff,

    vs.

Antonio NMI Sanchez, et al, Defendant

Case No.: 2:96-cv-08792-AAH-VAP

**RENEWAL OF JUDGMENT**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Top Rank Inc., a Nevada Corpration, and against Defendant, Antonio NMI Sanchez dba Fiesta Mexicana, entered on April 8, 2008, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 11,250.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | **$ 11,250.00** |
| d. | Credits | $ 00.00 |
| e. | Subtotal *(subtract d from c)* | **$ 11,250.00** |
| f. | Interest after judgment | $ 1,818.68 |
| g. | Fee for filing renewal of application | $ 00.00 |
| **h.** | Total renewed judgment (add e, f and g) | **$13,068.68** |

Dated: March 16, 2018

*Sharon Hall-Brown* (signature)
Sharon Hall-Brown
Deputy Clerk

- 1 -

Renewal of Consent Judgment